UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ISMAEL HERNANDEZ JUAREZ,

                  Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

                  Respondent.

CASE NO. 2:26-cv-01448-LK

ORDER DISMISSING CASE

This matter comes before the Court on the Court's Order to Show Cause and Petitioner's Motion to Withdraw Habeas Petition. Dkt. Nos. 8–9. Observing that Petitioner's current custodian, the warden of the NWIPC, was not named as a respondent in his petition, *id.* at 1, the Court ordered Petitioner to "file a response . . . explaining why his current petition should not be dismissed without prejudice for failing to name a proper respondent or, in the alternative, file an amended petition that adds the warden as a respondent," *id.* at 2. The Court indicated that "[i]f no response or amended petition naming the warden as a respondent is received by June 2, 2026, the Court will dismiss the petition without prejudice." *Id.*

ORDER DISMISSING CASE - 1

On May 22, 2026, Petitioner filed a "Motion to Withdraw Habeas Petition Without Prejudice." Dkt. No. 9. Considering that Petitioner failed to show cause or file an amended petition naming the warden as a respondent by June 2, 2026, and because Petitioner instead indicated his intent to voluntarily dismiss his petition, the Court DISMISSES the petition without prejudice. Petitioner's motion, Dkt. No. 9, is DENIED as moot.

The Clerk is directed to close this case.

Dated this 4th day of June, 2026.

Lauren King
United States District Judge

ORDER DISMISSING CASE - 2